OPINION — AG — THE OKLAHOMA LEGISLATURE MAY NOT CONSTITUTIONALLY APPROPRIATE FUNDS OR AUTHORIZE EXPENDITURE THEREOF FOR PURPOSES OF SUBSIDIZING OPERATIONS OF THE NATIONAL RAILROAD PASSENGER CORPORATION. ("AMTRAK ") CITE: OPINION NO. 76-227, OPINION NO. 79-044, OPINION NO. 79-108, OPINION NO. 79-199, ARTICLE X, SECTION 14, ARTICLE X, SECTION 15 (MINES AND MINING, NOTARIES PUBLIC) (MANVILLE T. BUFORD)